IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BANK OF THE OZARKS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-022
)
ALEXANDER P. GRIKITIS, ANDRE )
GRIKITIS, and 3301 EAST VICTORY )
DRIVE, LLC, )
)
    Defendants. )
)

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal of Defendant 3301 East Victory Drive, LLC. (Doc. 23.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant East Victory Drive has not filed an answer in this case, all claims against it are **DISMISSED WITHOUT PREJUDICE** pursuant to Plaintiff's request. The Clerk of Court is **DIRECTED** to terminate Defendant East Victory Drive as a party in this case.

SO ORDERED this 21st day of April 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
4/21/2015
Deputy Clerk