# United States District Court
## *Southern District of Georgia*

Bank of the Ozarks,

                                    JUDGMENT IN A CIVIL CASE

            v.                        CASE NUMBER: CV414-22,

Alexander P. Grikitis, and Andre Grikitis,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 12/2/15, granting Plaintiff's motion for default judgment, judgment is hereby entered against Defendants Alexander P. Grikitis and Andre Grikitis and awards Plaintiff damages in the amount of $1,604,786.69.



12/2/15
Date

(By) Deputy Clerk